IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Petitioner,<br><br>vs.<br><br>JON T. MCBRIDE,<br><br>       Respondent. | **ORDER ADOPTING<br>REPORT & RECOMMENDATION**<br><br><br><br>Case No. 1:07-cv-00089-TC |

For the reasons set forth at the close of the January 29, 2008 hearing, the court adopts the Report and Recommendations of Magistrate Judge Nuffer (dkt. #14). Accordingly, the court DENIES Mr. McBride's Objection. Mr. McBride has ten days to fully comply with the summons.

SO ORDERED this 29th day of January, 2008.

                 BY THE COURT:

                 *Tena Campbell*

                 TENA CAMPBELL
                 Chief Judge